such fact, as was done in Davis v. State, Tex.Cr.App., 268 S.W.2d 152.

Finding no reversible error, the judgment of the trial court is affirmed.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Alphonso URTADO, Appellant,

v.

The STATE of Texas, Appellee.

No. 28249.

Court of Criminal Appeals of Texas.

April 11, 1956.

Ex parte Louis ADAMS, Jr.

No. 28246.

Court of Criminal Appeals of Texas.

April 11, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is assault with intent to murder with malice; the punishment, three years in the penitentiary.

C. C. Jopling, La Grange, for appellant.

Wallace T. Barber, San Marcos, Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

Appellant was charged by complaint with murder and, his bond having been set by a